```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      EASTERN DIVISION
```

**JETHRO WALLACE, JR., #62149**                                      **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO. 4:05cv58TSL-AGN**

**CLARKE COUNTY SHERIFF'S DEPARTMENT**                              **DEFENDANT**

### FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  19th  day of January, 2006.


                           /s/ Tom S. Lee
                       UNITED STATES DISTRICT JUDGE